# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF GEORGIA, STATE OF INDIANA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NORTH CAROLINA, STATE OF TENNESSEE, STATE OF WASHINGTON, STATE OF WISCONSIN, COMMONWEALTH OF MASSACHUSETTS, and COMMONWEALTH OF VIRGINIA, ex rel. TIMOTHY SIRLS,<br>　　　　Plaintiffs,<br><br>v.<br><br>KINDRED HEALTHCARE, INC., KINDRED HEALTHCARE OPERATING, INC., KINDRED HEALTHCARE SERVICES, INC., KINDRED NURSING CENTERS EAST, LLC, KINDRED NURSING CENTER WEST, LLC, KINDRED NURSING CENTERS SOUTH, LLC, and KINDRED NURSING CENTERS NORTH, LLC, ,<br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 16-683 |

## O R D E R

**AND NOW**, this 29th day of April, 2021, upon consideration of Relator's Motion for Reconsideration or, in the Alternative, Motion for Leave to file Third Amended Complaint (Document No. 93, filed February 19, 2021), Defendants' Opposition to Plaintiff-Relator's Motion for Reconsideration or, in the Alternative, Motion for Leave to File Third Amended Complaint (Document No. 98, filed March 12, 2021), United States' Statement of Interest Regarding Relator's Motion for Reconsideration (Document No. 103, filed April 9, 2021), and Relator's Reply to Defendants' Opposition to Motion for Reconsideration or Motion for Leave to

File a Third Amended Complaint (Document No. 106, filed April 16, 2021), for the reasons stated in the Memorandum dated April 29, 2021, **IT IS ORDERED** that Plaintiff-Relator's Motion for Reconsideration or, in the Alternative, Motion for Leave to file Third Amended Complaint is **DENIED**.

                                       **BY THE COURT:**

                                       **/s/ Hon. Jan E. DuBois**

                                           **DuBOIS, JAN E., J.**