IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES,** et al., ex rel., **TIMOTHY SIRLS,**<br><br>  Plaintiffs,<br><br>  *v.*<br><br>**KINDRED HEALTHCARE, INC.,** et al.,<br><br>  Defendants. | CIVIL ACTION<br><br>NO. 16-0683-KSM |

## ORDER

**AND NOW**, this 20th day of August, 2024, upon consideration of Special Master Honorable (Ret.) Thomas J. Rueter's May 8, 2024 Report and Recommendation (the "May R&R") (Doc. No. 185-1), Defendants' objections (Doc. Nos. 185, 186), Relator's opposition brief (Doc. No. 187), and Defendants' reply brief (Doc. No. 188), it is **ORDERED** as follows:

1. Defendants' objections (Doc. Nos. 185, 186) are **OVERRULED**. If appropriate, Defendants may raise the statute of limitations defense at summary judgment.

2. The May R&R (Doc. No. 185-1) is **APPROVED AND ADOPTED**. Relator is entitled to discovery going back to January 1, 2008.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**