IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES,** et al., ex rel., **TIMOTHY SIRLS,**<br><br>Plaintiffs,<br><br>*v.*<br><br>**KINDRED HEALTHCARE, INC.,** et al.,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 16-0683-KSM** |

### ORDER

    **AND NOW**, this 20th day of August, 2024, upon consideration of Defendants' Motion to Dismiss for Lack of Jurisdiction (Doc. No. 169), Relator's opposition brief (Doc. No. 175), and Defendants' reply brief (Doc. No. 178), it is **ORDERED** that the motion is **DENIED.**

**IT IS SO ORDERED.**

 

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**