**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES,** et al., ex rel., **TIMOTHY SIRLS,** | **CIVIL ACTION** |
| Plaintiffs, | |
| *v.* | **NO. 16-0683-KSM** |
| **KINDRED HEALTHCARE, INC.,** et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 7th day of October, 2024, upon consideration of Special Master Honorable (Ret.) Thomas J. Rueter's August 19, 2024 Report and Recommendation (the "August R&R") (Doc. No. 192), Relator's objections (Doc. No. 197), Defendants' opposition brief (Doc. No. 200), Defendants' objections (Doc. No. 199), Relator's opposition brief (Doc. No. 204), and Defendants' reply brief (Doc. No. 206), it is **ORDERED** that the August R&R is **APPROVED AND ADOPTED IN PART** as follows:

1.      Relators' objections (Doc. No. 197) are **OVERRULED**.

2.      Defendants' objections (Doc. No. 199) are **SUSTAINED**.  The relevant period for discovery is January 1, 2008 to February 11, 2016.

3.      The remainder of the August R&R (Doc. No. 192) is **APPROVED AND ADOPTED**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**